IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD MONROE,<br>   Petitioner,<br><br>vs<br><br>DAVID VARRANO, et al.,<br>   Respondents. | )<br>)<br>)<br>)  Civil Action No. 10-167<br>)<br>)<br>) |

## ORDER

AND NOW, this 26th day of March, 2010, after the Petitioner, Edward Monroe, filed a petition for writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon written review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 4), which is adopted as the opinion of this Court,

  IT IS ORDERED that the petition for writ of habeas corpus filed by Petitioner (Docket No. 1) be transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 forthwith.

                 _____.C.J.
                  Chief United States District Judge